**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ELIZABETH RIVERA-LUSTER**                                          **PLAINTIFF**

**v.**                        **Case No. 4:16-cv-322-KGB**

**PDQ SERVICES, INC., IDHALYES MORALES,
and JOHN DOES I-X**                                            **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Elizabeth Rivera-Luster's motion to dismiss with prejudice (Dkt. No. 4). Ms. Rivera-Luster represents that the parties have resolved this matter and requests that the Court dismiss with prejudice her claims against all defendants. Therefore, this case is hereby dismissed with prejudice.

So ordered this 15th day of July, 2016.

_____
Kristine G. Baker
United States District Judge